UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VERONIQUE M GREGORY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. H-11-1368 |
| § | |
| KAREN JACKSON HUDSON and SAVERA § | |
| JACKSON § | |
| § | |
| Defendants. | |

## OPINION AND ORDER OF DISMISSAL

Pending before the Court in the above referenced cause is a complaint filed by Plaintiff Veronique M. Gregory, proceeding *in forma pauperis* and *pro se*, purportedly alleging a "discrimination complaint spiritual earth law suit" under Title VII of the Civil Rights Act of 1964, based on race, color, sex, religion, and national origin. Plaintiff alleges that Defendants Karen Jackson Hudson and Savera Jackson took Plaintiff's clothes and personal items from her garage, tapped her cell phone, followed her, used her Texas Driver's License ID, raped her bank account, released body weights on her human body, etc.

This Court may dismiss a complaint filed *in forma pauperis* under 28 U.S.C. §1915(e)(2)(B)(1) if the Court is "satisfied that the action is frivolous or malicious." A complaint is frivolous if it lacks an arguable basis in law or fact. *Denton v. Hernandez*, 504 U.S. 25 (1989). A complaint lacks an "arguable basis in law" if it is based on an indisputably "meritless legal theory." The Court finds that Plaintiff's complaint is frivolous because it fails to state a cognizable claim for which relief can be granted. Accordingly, the Court

ORDERS that this case is DISMISSED with prejudice under §1915 (e)(2)(B)(i).

SIGNED at Houston, Texas, this 10th day of May, 2011.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE